## STATE v. CHARLIE PARISH.

(Filed 27 October, 1909.)

In this case there was no evidence to sustain the conviction of the offense charged.

APPEAL by defendant from *W. R. Allen, J.,* August Term, 1909, of WAYNE.

*Attorney-General* for the State.
*J. L. Barham* for defendant.

PER CURIAM: Upon an examination of the evidence in this case, we think there is an absence of any sufficient evidence tending to support the charge of an assault with intent to commit rape. In his argument, with his usual candor, the Attorney-General coincided with this view.

New trial.